B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Infinity Enterprises Worldwide Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Infinique, LIV<br>Premier USA Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **46-4962472** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5668 Strand Ct**<br>**Naples, FL**<br>ZIPCODE **34110-3343** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Collier** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**5668 Strand Ct, Naples, FL**    ZIPCODE **34110-3343** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Infinity Enterprises Worldwide Corp.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                 Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Infinity Enterprises Worldwide Corp.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Mike DalLago**<br>   Signature of Attorney for Debtor(s)<br><br>**Mike DalLago 00000**<br>**Dal Lago Law**<br>**999 Vanderbilt Beach Rd Ste 200**<br>**Naples, FL  34108-3512**<br><br>**mike@dallagolaw.com**<br><br><br><br>**February 24, 2015**<br>   Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Nir Sharon**<br>   Signature of Authorized Individual<br>**Nir Sharon**<br>   Printed Name of Authorized Individual<br>**President**<br>   Title of Authorized Individual<br>**February 24, 2015**<br>   Date | |

AA Premier Spa
Attn: Aviv Weizman
11681 Sterling Ave, Ste F
Riverside, CA 92503-4972

Advanced Fire & Safety
15275 Collier Blvd, Ste 201
Box 265
Naples, FL 34119

AFC Worldwide dba R+L Global Logistics
P. O. Box 405939
Atlanta, GA 30384-3589

Amtel South
2748 44th St. SW
Naples, FL 34116

APC Packaging
4100 N. Powerline Road ,Suite J-4
Pompano Beach, FL 33073

Arizona Mills Mall LLC
5000 Arizona Mills Circle
Tempe, AZ 85282

Arrowhead Towne Center LLC
PO Box 511256
Los Angeles, CA 90051-7811

Avalara,Inc.
Dept. CH
16781,Palatine, IL

American Recovery Service, Inc.
555 St. Charles Drive, Ste 100
Thousand Oaks, CA 91360-3983

AT&T
PO BOX 105262
Atlanta, GA 30348-5262

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Bank of America, Business Card
PO Box 15796
Wilmington, DE 19886-5796

First Data Merchant Services
C/O Bank of America
PO Box 6600
Hagerstown, MD 21741

Bank of America
PO Box 45144
FL9-100-0424
Bldg 100, 4th FL
Jacksonville, FL 32232-9923

Beauty By Rachel
3801 Clearwater CT
Plano, TX 75025

Big Sky Management LLC
73 Spring Street, Suite 505
New York, NY 10012

Birch Stewart Kolasch Birch LLP
8110 Gatehouse Rd, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747

Blusztien, Bar-Kahan, Ziglenlaub Law
1 Azrieli Center
Tel Aviv Israel 67021

Brough, Chadrow & Levine, Esq.
Global Commerce Center
1900 North Commerce Parkway
Weston, FL 33326

ABE Skinner, CFA
Collier County Property Appraiser
3950 Radio Rd, Naples, FL 34104-3750

Collier County Tax Collector
3291 E. Tamiami Tr.
Naples, FL 34112-5758

Comcast
PO 105184
Atlanta, GA 30348-5184

Corte Madera Village, LLC
PO Box 31001-2163
Pasadena, CA 91110-2163

CRS Technology Consultants
4426 SE 16th Place
Suite 4
Cape Coral, FL 33904

Crystal Springs
PO Box 660579
Dallas, TX 75266-0579

Culligan Water
16101 Old US 41
Ft. Myers FL 33912-2287

Danbury Mall LLC
PO Box 849548
Los Angeles, CA 90084-9548

David E Leigh Esq.
5150 Tamiami Trail North
Suite 501
Naples, FL 34103

Dekalb County Tax Accessors,
   Property Appraisal & Assessment
120 West Trinity Place
Decatur, GA 30030

Dehart Alarm Systems
P. O. Box 10877
Naples, FL  34101

Dekab County Tax Collector
PO Box 10004
Decatur, GA 30031-7004

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Steam, IL 60197-5275

Doc's Cosmetics, Inc.
5007 Sago Palm Circle
Tamarac, FL 33319

Elite Beauty, Inc.
Attn: Oren Haglili
17408 SE 22nd St.
Vancouver, WA 98683

Estes Express Lines
PO Box 25612
Richmond, VA 23260

ExPack USA Inc.
159 Paris Ave, Unit E
Northvale, NJ 07647

Ezzard Security, Inc.
1191 Exxex Rd
Watkinville, GA 30677

FedEx
PO BOX 7221
Pasadena, CA 91109-7321

FedEx
PO Box 660481
Dallas, TX 75266

FedEx Freight
Dept LA
PO Box 21415
Pasadena, CA 91185-1415

FedEx Freight
Dept CH
PO BOX 10306
Palatine, IL 60055-0306

Fedex Frieght
Dept CH
PO Box 10306
Palatine, IL 60055

FedEx Trade Networks
15704 Collections Center Dr
Chicago, IL 60693-0157

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

FPL General Mail Facility
Miami FL 33188-0001

Gagne' Marketing & Printing Solutions Inc.
2035 Calumet Street, Suite B
Clearwater, FL 33765

Gas South
P. O. Box 530552
Atlanta, GA 30353-0552

Genco Business Systems
2291 J & C Blvd
Naples, FL  34109

Geolo, Inc.
8716 Ashcroft Ave
West Hollywood, CA 90048-1802

Georgia Power
96 Annex
Atlanta, GA  30396-0001

Georgia Power
96 Annex
Atlanta, GA  30396-0001

GFM, LLC
Caruso Management Company LTD
89 The Grove Drive, Suite F-80
Los Angeles, CA 90036

Gidon Cosmetis
Attn: Zeev Chack
6527 Moon Shadows Drive
Albuquerque, MN 87120

Good Attorneys at Law, P.A.
2700 N Miami Ave, Suite 1012
Miami, FL 33127

Habaron LLC,
Attn: Jacob Kopillovitch
6516 E. Meadowlark Ln
Paradise Valley, AZ 85253-3619

HNM LLC
Hagay Rothchild
PO Box 470472
Charlotte, NC 28247

Inner Workings
27011 Network Place
Chicago, IL 60673

International Environmental Management
24516 Network Place
Chicago, IL 60673-1245

ISR Success Marketing
Attn: Ben Barel
48 E. Haystown Rd
Danbury, CT 06814

Jan-Pro Cleaning Systems of SW Florida
12165 Metro Pkwy, Suite 23
Ft. Myers, FL 33966

JTM Family LTD Partnership
9750 NW 17th Street
Doral, FL 33172-2753

Keter Environmental Services, Inc.
PO Box 417468
Boston, MA 02241-7468

La Dove, Inc.
5701 Miami Lakes Drive
PO Box 5169
Hialeah, FL 33014

Latika Soap
9203 Ashlyn Drive
Killeen, TX 76542

Leaf
PO BOX 644006
Cincinnati, OH 45264-4006

LIG Group
Attn: Lior Saado
30 E. Huron St., Apt 4303
Chicago, IL 60611-4722

Liquipak
2205 Michigan Ave
P.O. Box 484
Alma, MI 48801

Lutgert Insurance
1395 Panther Lane
Suite 100
Naples, FL 34109

Macerich Oaks LP
P.O. Box 849428
Los Angeles, CA 90084-9428

Katy Mills
5000 Katy Mills Circle
Katy, TX 77494

May Lev Inc.,
Attn: Meital Levy
5557 W 6th St
Los Angeles, CA 90036

Met Tel
PO Box 9660
Manchester, NY 03108-9660

Mija Glassware Packaging Co.
LTD Room 201 2/F, Yau Tak Bldg No. 167
Lockhart Road
Wanchai Hong Kong

Montreal Station Condo Association
3334 Montreal Station
Tucker, GA 30084

Mountain Textile
3340 Montreal Station
Tucker, GA 30084-6087

NuRiver Landing Condominium Association
c/o Management Office
511 SE 5th Ave Ft. Lauderdale, FL 33301

Opry Mills Mall Limited Partnership
433 Opry Mills Drive
Nashville, TN 37214

Paetec - Windstream
4001 Rodney Parham Rd
Mailstop: 1170 BIF03-08D
Littlerock, AR 72212

Perimeter Office Product
1705 Corporate Drive, Ste 415
Norcross, GA 30093

PPR Washington Square LLC
PO Box 849471
Los Angeles, CA 90084-9471

Dead Sea Premier Cosmetics Laboratories LTD
No 21, Hashaked St. Shoham
Industry Park, Shoham 73199, Israel

Pure Source, Inc.
9750 Northwest 17th Street
Doral, FL 33172

Queens Center SPE LLC
PO Box 849433
Los Angeles, CA 90084-9433

Queens Center SPE LLC
PO Box 849433
Los Angeles, CA 90084-9433

Reliable Pest Control
6251 Thomas Road
Fort Myers, FL 33912

RN 124/125 Company LLC
PO Box 848101
Los Angeles, CA 90084-8101

S & I Sales, LLC
Attn: Shay Ben Hamo
8718 Ashcroft Ave
West Hollywood, CA 90048

Scottsdale Fashion Square LLC
PO Box 31001-2156
Pasadena, CA 91110-2156

Slaughter & Virgin, P.C.
Attn: Frank W Virgin
400 Colony Square, Ste 110
1201 Peachtree St. N.E.
Atlanta, GA 30361

Smart Level Media
Strand Professional Park
5683 Strand Court
Naples, FL 34110

Sunrise Mills (MPL)
12801 West Sunrise Blvd
Sunrise, FL 33323

Superstition Springs Center
PO Box 31001-2172
Pasadena, CA 91110-2172

Sustainable Solutions Group
Dept. # 40299
P.O. Box 740209
Atlanta, GA 30374-0209

Tazmanian Freight Systems, Inc.
PO BOX 632655
Cincinnati, OH 45263-2655

The Hartford
P.O. Box 660916
Dallas TX 75266-0916

Tomahawk
P.O. Box 145
Naples, FL 34106-0145

Total Quality Logistics
PO BOX 634558
Cincinnati, OH 45263-4558

Total Warehousing, Inc.
6085 Duquesne Dr
Atlanta, GA 30336

Tysons Corner Holdings LLC
dba Tysons Corner Center
PO Box 849554
Los Angeles, CA 90084-9554

Uline
PO Box 88741
Chicago, IL 60680-1741

United HealthCare Insurance Co
Dept. CH 10151
Palatine, IL 60055-0151

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280

Vector Global Logistics, LLC
887 W Marietta St. NW
Suite M201
Atlanta, GA 30318

Verizon Wireless
PO BOX 660108
Dallas, TX 75266-0108

Westlake Promenade, LLC
c/o Caruso Managment Company LTD
4799 Commons Way, Suite L
Calabasas, CA 91302

Wiebel, Hemmells & Carufe, PLLC
9420 Bonita Springs Rd Ste 200
Bonita Springs, FL  34135

Zephyrhills
PO Box 856680
Louisville, KY 40285-6680

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Nir Sharon, the president of Infinity Enterprises Worldwide Corp, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing voluntary petition and mailing matrix and that it is true and correct to the best of my information and belief.

Date:  February 23, 2015

_____
Nir Sharon, President