# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

**IN RE:** Case No. **15-bk-1743**

**Infinity Enterprises Worldwide Corp.** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Dead Sea Premier Cosmetics Lab LTD** No. 21 Hashaked St. Shoham Industry Park Shoham, IL 73199 | | | **Contingent Unliquidated Disputed** | **3,000,000.00** |
| **Macerich Oaks LP** PO Box 849428 Los Angeles, CA 90084-9428 | | Trade debt | | 200,838.17 |
| **Sunrise Mills** 12801 W Sunrise Blvd Sunrise, FL 33323-4020 | | Trade debt | | 161,782.20 |
| **Tazmanian Freight Systems, Inc.** PO Box 632655 Cincinnati, OH 45263-2655 | | Trade debt | | 161,782.20 |
| **Inner Workings** 27011 Network Pl Chicago, IL 60673-1270 | | Trade debt | Disputed | 110,000.00 |
| **Bank of America Credit Card** PO Box 15731 Wilmington, DE 19886-5731 | | Trade debt | | 54,517.11 |
| **APC Packaging** 4100 N Powerline Rd # J-4 Pompano Beach, FL 33073-3083 | | Trade debt | | 49,383.58 |
| **American Recovery Service, Inc.** 555 Saint Charles Dr # 100 Thousand Oaks, CA 91360-3983 | | Trade debt | | 41,402.17 |
| **First Data Merchant Services** PO Box 6600 Hagerstown, MD 21741-6600 | | Trade debt | | 41,402.17 |
| **Macerich Partnership, LP** PO Box 848729 Los Angeles, CA 90084-8729 | | Trade debt | | 38,911.52 |
| **Mija Glassware Packaging Co.** No. 167 Lockhart Road LTD Room 201 2/F Wanchi, HK | | Trade debt | | 34,720.00 |
| **AFC Worldwide, d/b/a R+L Global Logistic** PO Box 405939 Atlanta, GA 30384-5900 | | Trade debt | | 30,702.45 |
| **Bank of America Business Card** PO Box 15796 Wilmington, DE 19886-5796 | | Trade debt | | 21,195.07 |
| **Geolo, Inc.** 8716 Ashcroft Ave West Hollywood, CA 90048-1802 | | Trade debt | | 17,056.00 |

| Creditor | | Type | Status | Amount |
|---|---|---|---|---|
| **Big Sky Management LLC**<br>73 Spring St Rm 505<br>New York, NY  10012-5802 | | Trade debt | Disputed | 16,563.35 |
| **Arizona Mills Mall LLC**<br>5000 S Arizona Mills Cir<br>Tempe, AZ  85282-6402 | | Trade debt | | 12,096.80 |
| **Katy Mills**<br>5000 Katy Mills Cir<br>Katy, TX  77494-4402 | | Trade debt | | 11,740.80 |
| **FedEx Freight**<br>PO Box 21415<br>Pasadena, CA  91185-1415 | | Trade debt | | 11,536.39 |
| **Montreal Station Condo Association**<br>3334 Montreal Sta<br>Tucker, GA  30084-6807 | | Trade debt | | 10,868.00 |
| **La Dove, Inc.**<br>5701 Miami Lakes Dr E<br>Hialeah, FL  33014-2417 | | Trade debt | | 10,605.77 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 24, 2015**     Signature: */s/ Nir Sharon*

**Nir Sharon, President**

(Print Name and Title)